*In re* **STANCZAK**, David L. (MR 21067)
Bloomington, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to

Supreme Court Rule 762(b) is allowed, and respondent David L. Stanczak is suspended from the practice of law for one year and until further order of the Court.